An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GUY JOHNSON,
                    Appellant,
           vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67145

**FILED**

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Our review of this appeal revealed a jurisdiction defect. Specifically, the notice of appeal from the amended judgment of conviction was filed on December 24, 2014, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b)(1)(A), *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude we lack jurisdiction to entertain this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]Based on this order, we take no action on appellant's motion for clarification or extension of time filed on February 9, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04288

cc: Hon. David B. Barker, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Guy Johnson

SUPREME COURT
OF
NEVADA

(O) 1947A